IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY DEAN SMITH,<br><br>Defendant. | CR 20–16–M–DWM<br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. Defendant Billy Dean Smith appeared before the Court on July 23, 2020, and entered a plea of guilty to Count I of the Indictment. He also admitted the forfeiture allegation. Smith's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 2253(a). Accordingly,

IT IS ORDERED that the motion (Doc. 27) is GRANTED. Defendant Billy Dean Smith's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2253(a):

- an iPhone 7, Model A1660 (Serial number C7CY78P6HG6W).

IT IS FURTHER ORDERED that the United States Marshals Service and the Federal Bureau of Investigation are directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 2253(a) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed. Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 6th day of August, 2020.

/s/ Donald W. Molloy    4:01 P.M.
Donald W. Molloy, District Judge
United States District Court