IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY DEAN SMITH,<br><br>Defendant. | CR 20–16–M–DWM<br><br><br>ORDER |

Defendant having moved unopposed to amend the Judgment,

IT IS ORDERED that Defendant's motion is GRANTED pursuant to Federal Rule of Criminal Procedure 36. An amended Judgment reflecting the correction of the clerical errors has been contemporaneously filed with this order.

DATED this 16th day of November, 2020.

Donald W. Molloy, District Judge
United States District Court